UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RAS CITRON, LLC
130 Clinton Road, Suite 202
Fairfield, New Jersey 07004
Telephone Number: 973-575-0707
Attorneys for Secured Creditor
Ocwen Loan Servicing, LLC as servicer for
DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1

ALEISHA C. JENNINGS (049302015)

Order Filed on January 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANNE-MARIE TOUSSAINT,

    Debtor.

Case No.: 18-24109-MBK

Chapter: 13

Hearing Date: January 8, 2019

Judge: Michael B. Kaplan

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: January 2, 2019

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Secured Creditor: Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Equifirst Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Laurence R. Sheller, Esq.

Property Involved ("Collateral"): 77 Edgemont Lane, Willingboro, NJ 08046

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - ■ The Debtor is overdue for <u>4</u> months from <u>8/1/2018</u> through <u>11/1/2018</u>.
    - ■ The Debtor is overdue for <u>4</u> payments from <u>8/1/2018 through 11/1/2018</u> at <u>$1,135.47</u> per month.
    - ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    Funds Held In Suspense $<u>0.00.</u>
    Total Arrearages Due $<u>4,541.88</u>.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on <u>12/1/2018</u>, regular monthly mortgage payments shall continue to be made in the amount of $<u>1,135.47,</u> subject to periodic adjustments.

    ■ Beginning on <u>12/15/2018</u>, monthly cure payments shall be made in the amount of $<u>756.98</u> for <u>6</u> months.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Ocwen Loan Servicing, LLC
  ATTN: Cashiering Department
  1661 Worthington Road, Suite 100
  West Palm Beach, FL 33416-4781

- Monthly cure payment: Ocwen Loan Servicing, LLC
  ATTN: Cashiering Department
  1661 Worthington Road, Suite 100
  West Palm Beach, FL 33416-4781

4. In the event of Default:

- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

- The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

  The fees and costs are payable:

  - Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Laurence R. Sheller, Esq.  
*Attorney for Debtor(s)*  
Date: 12/12/18

/s/Aleisha C. Jennings  
_____  
Aleisha Jennings, Esq.  
*Attorney for Secured Creditor*  
Date: 12/20/2018

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24109-MBK
Anne-Marie Toussaint                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 02, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.
db         +Anne-Marie Toussaint,    77 Edgemont Lane,    Willingboro, NJ 08046-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2019 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage-Backed Pass-Through Certificates, Series 2007-1 ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Laurence R. Sheller    on behalf of Debtor Anne-Marie  Toussaint laurence.sheller@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
          Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage-Backed Pass-Through Certificates, Series 2007-1 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                            TOTAL: 7