**LAURENCE R. SHELLER, ESQ.**
3490 US Route 1, Bldg. 7-B
Princeton, New Jersey 08540
(609) 452-7001/Fax (609) 452-7002
Attorney for Debtor
By: Laurence R. Sheller, Esq.

| | | |
|---|---|---|
| In re: | : | United States Bankruptcy Court |
| | : | For the District of New Jersey |
| Anne Marie Toussaint | : | Vicinage of Trenton |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | Case No. 18-24109 (MBK) |
| | : | |
| | : | Request for Dismissal of Bankruptcy |
| | : | |

     Anne Marie Toussaint, the debtor herein, petition the Court and say:

     1.    The debtor is currently in a Chapter 13 proceeding but desires to dismiss same under 11 U.S.C. Section 1112 of the Bankruptcy Code.

     2.    This case has not previously been converted under 11 U.S.C. Sections 706, 1112 or 1208.

     3.    The reason for this request is that there has been stay relief pertaining to the debtor's first mortgage which permits the first mortgage holder to proceed to a foreclosure sale. Debtor wishes to file a new bankruptcy to save her home. The sheriff's sale is scheduled for 6/6/19. Dismissal will prevent there being two open bankruptcy matters for the debtor at the same time.

     WHEREFORE, debtor prays for relief under 11 U.S.C. Section 1112 of the Bankruptcy Code.

                                   By:    /s/ Anne Marie Toussaint
                                                 Anne Marie Toussaint

Dated:  5/30/19

                                    VERIFICATION AND CONSENT

     Anne Marie Toussaint, the petitioner named herein, certify under penalty of perjury that the foregoing is true and correct. I request dismissal of the current Chapter 13 bankruptcy.

                                 /s/ Anne Marie Toussaint
                                 Anne Marie Toussaint

Dated: 5/30/19