Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–24109–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anne–Marie Toussaint
  77 Edgemont Lane
  Willingboro, NJ 08046

Social Security No.:
  xxx–xx–2308

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 31, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-24109-MBK
Anne-Marie Toussaint                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: May 31, 2019
                             Form ID: 148            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
```
db              +Anne-Marie Toussaint,   77 Edgemont Lane,   Willingboro, NJ 08046-2228
517644776       +AWA Collections,   PO BOX 6605,   Orange, CA 92863-6605
517767238       +Adler Wallach & Associates, inc.,   POB 6605,   Orange, CA 92863-6605
517728190       +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,   Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department PO Box 24605,   West Palm Beach, FL 33416-4605
517742898        Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
517644779       +Deutsche Bank,   60 Wall Street,   New York, NY 10005-2858
517749423        EMERG PHY ASSOC OF S.JERSEY,PC,   PO Box 1123,   Minneapolis, MN 55440-1123
517644786       +NJHMFA,   637 South Clinton Ave.,   Trenton, NJ 08611-1811
517691466        Navient Solutions, LLC. on behalf of,   Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
517644788       +Remex Inc.,   307 Wall St.,   Princeton, NJ 08540-1515
517644789      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   50 Barrack Street, 9th Floor,   PO Box 245,
                 Trenton, NJ 08695)
517644790       +Stern & Eisenberg,   1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
517644791        Superior Court Of New Jersey,   PO Box 971,   Trenton, NJ 08625-0971
517644792      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Leasing,   5005 N. River Blvd. NE,
                 Cedar Rapids, IA 52411)
517748952       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2019 00:35:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2019 00:35:19     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/Text: bankruptcynotice@franklincredit.com Jun 01 2019 00:34:51
                 Deutsche Bank National Trust Company, as Trustee f,   RAS Citron, LLC,
                 130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
517644777       +EDI: CAPONEAUTO.COM Jun 01 2019 03:53:00     Capital One Auto Finance,   3905 Dallas Parkway,
                 Plano, TX 75093-7892
517654547       +EDI: AISACG.COM Jun 01 2019 03:53:00     Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517644778       +EDI: RCSFNBMARIN.COM Jun 01 2019 03:53:00     Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
517671920       +E-mail/Text: bankruptcynotice@franklincredit.com Jun 01 2019 00:34:51
                 DEUTSCHE BANK NATIONAL TRUST COMPANY,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517644780        EDI: DIRECTV.COM Jun 01 2019 03:53:00     Directv,   P.O. Box 11732,   Newark, NJ 07101
517644781       +EDI: AMINFOFP.COM Jun 01 2019 03:53:00     First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517644782       +EDI: IIC9.COM Jun 01 2019 03:53:00     IC System, Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
517644783       +EDI: RESURGENT.COM Jun 01 2019 03:53:00     LVNV Funding LLC,   PO Box 10497,
                 Greenville, SC 29603-0497
517712435        EDI: RESURGENT.COM Jun 01 2019 03:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517644784        E-mail/Text: helen.ledford@nrsagency.com Jun 01 2019 00:36:45     Nationwide Recovery Services,
                 545 Inman St.,   Cleveland, TN 37311
517644785       +EDI: NAVIENTFKASMSERV.COM Jun 01 2019 03:53:00     Navient,   PO Box 9655,
                 Wilkes Barre, PA 18773-9655
517734806       +EDI: JEFFERSONCAP.COM Jun 01 2019 03:53:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517646646       +EDI: RMSC.COM Jun 01 2019 03:53:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517665105       +EDI: AIS.COM Jun 01 2019 03:53:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517644787    ##+Ocwen Loan Servicing,   PO Box 6440,   Carol Stream, IL 60197-6440
                                                                      TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 31, 2019
                              Form ID: 148             Total Noticed: 32
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage-Backed Pass-Through
               Certificates, Series 2007-1 ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laurence R. Sheller    on behalf of Debtor Anne-Marie  Toussaint laurence.sheller@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Equifirst Loan Securitization Trust 2007-1, Mortgage-Backed Pass-Through Certificates, Series
               2007-1 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7
```