UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on May 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anne-Marie Toussaint

Case No.: 18-24109-MBK

Hearing Date: _____

Judge: _____

Chapter: 13

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____DEBTORS ATTORNEY_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Anne-Marie Toussaint
    Debtor

Case No. 18-24109-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 31, 2019
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
db      +Anne-Marie Toussaint,    77 Edgemont Lane,    Willingboro, NJ 08046-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:

    Albert Russo    docs@russotrustee.com
    Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage-Backed Pass-Through Certificates, Series 2007-1 ajennings@rasflaw.com
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Laurence R. Sheller    on behalf of Debtor Anne-Marie Toussaint laurence.sheller@gmail.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
    Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage-Backed Pass-Through Certificates, Series 2007-1 smncina@rascrane.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7